IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-41136
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FERNANDO MEZOMO DE LEON,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-99-CR-169-1
--------------------
August 30, 2000

Before HIGGINBOTHAM, DUHÉ, and WIENER, Circuit Judges.

PER CURIAM:[1]

Fernando Mezomo-DeLeon appeals from his conviction of transporting aliens. He contends solely that the evidence was insufficient to support his conviction. A reasonable jury could have found beyond a reasonable doubt from the evidence that Mezomo moved aliens inside the United States; that the aliens were present in violation of the law; that Mezomo was aware of the aliens' status; and that Mezomo acted wilfully in furtherance of the aliens' violation of the law. *United States v. Romero-Cruz*, 201 F.3d 374, 376 (5th Cir.), *cert. denied*, 120 S. Ct. 2017 (2000). Accordingly, the judgment is

AFFIRMED.

_____

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.